he subsequently acquired under his deed of conveyance to have the waters of the stream run in the original channel across the lands in question. For opinion below, see 121 N. Y. Supp. 163.

ROBSON, J., not voting.

---

FISHER, Appellant, v. FRANKLIN COUNTY AGRICULTURAL SOCIETY, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Minnie Fisher against the Franklin County Agricultural Society. No opinion. Judgment and order unanimously affirmed, with costs.

---

FITZGERALD, Appellant, v. CADILLAC HOTEL CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Elsie H. Fitzgerald against the Cadillac Hotel Company and others. L. F. Fish, for appellant. F. A. O'Neill, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

FLEISCHMANN BROS. CO., Respondent, v. HIGGINS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by the Fleischmann Bros. Company against William J. Higgins and others. T. F. Keogh and E. Petigor, for appellants. H. L. Moses, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

FLYNN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Mary Flynn against the City of New York.

PER CURIAM. Order of the Municipal Court affirmed, with costs.

WOODWARD, J., dissents.

---

FORBUSH, Appellant, v. CONTINENTAL PAPER BAG CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Edmund Forbush against the Continental Paper Bag Company. No opinion. Judgment unanimously affirmed, with costs.

---

In re FOSTER. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) In the matter of the application of William George Foster to cancel and set aside a subpœna duces tecum issued by Raymond B. Fosdick, etc. No opinion. Motion denied, without costs. See, also, 124 N. Y. Supp. 667.

---

FOSTER v. BAILEY. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by Benjamin W. Foster against Franklin S. Bailey, impleaded with George H. Foster and others, respondents. De W. Bailey, for appellant. L. F. Doyle, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re FOX. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) In the matter of the application of George M. Fox for an order directing and authorizing a special town meeting in and for the town of Wellsville, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

---

FOX, Respondent, v. CONSOLIDATED ROSENDALE CEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by Kathryn A. Fox against the Consolidated Rosendale Cement Company. C. V. Pallister, for appellant. C. S. Batt, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

FRANK–BYRON CO., Respondent, v. BUSH TERMINAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by the Frank-Byron Company against the Bush Terminal Company. No opinion. We think that the questions involved in this case can be best litigated upon a trial of the issues. The order is therefore affirmed, with $10 costs and disbursements.

---

FRANKEL, Respondent, v. POSANER, Appellant (two cases). (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Moritz Frankel against Frederick Posaner. S. Leavitt, for appellant. B. Fliashnick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

FREY, Respondent, v. SCHIEFFER, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Frances Frey against Frederick August Schieffer. No opinion. Motion denied, without costs, on condition that the appellant perfect his appeal, put the case upon the next calendar of this court, and be ready for argument when reached. Otherwise motion granted, without costs.

---

FURLONG, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Joseph Furlong against the Interborough Rapid Transit Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

GAIL, Respondent, v. ATLANTIC COAST LINE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Adelbert D. Gail against the Atlantic Coast Line Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

GALLAGHER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Frank P. Gallagher against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.